IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JONATHAN MCNEER**     **PLAINTIFF**

**V.**     **NO. 4:17-CV-57-DMB-JMV**

**BOLIVAR COUNTY, MISSISSIPPI, et al.**     **DEFENDANTS**

## ORDER CLOSING CASE

On December 20, 2017, the parties in this action reached a settlement during a settlement conference with United States Magistrate Judge Jane M. Virden. Doc. #29. It is, therefore, unnecessary that this case remain upon the calendar of the Court. Accordingly, the Clerk of the Court is **DIRECTED** to **ADMINISTRATIVELY CLOSE** this case pending the filing of a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41.

**SO ORDERED**, this 16th day of January, 2018.

                                      **/s/Debra M. Brown**
                                      **UNITED STATES DISTRICT JUDGE**